No. 88–1311.   ALLSTATE INSURANCE CO. v. BOURLAND, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF BOURLAND.   Sup. Ct. Ark.   Certiorari denied.

No. 88–1313.   GHOSH v. OHIO UNIVERSITY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–1315.   WU v. BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–1316.   COMPRESSED GAS CORP. v. UNITED STATES STEEL CORP. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–1320.   WONDERWHEEL ET AL. v. BRADY ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 88–1322.   CITY OF WHITTIER, CALIFORNIA v. WALNUT PROPERTIES, INC.   C. A. 9th Cir.   Certiorari denied.

No. 88–1325.   PAXSON ELECTRIC CO. ET AL. v. UNITED STATES; and
No. 88–1328.   DYNALECTRIC CO. ET AL. v. UNITED STATES. C. A. 11th Cir.   Certiorari denied.

No. 88–1330.   GETTY PETROLEUM CORP. v. SALEM HEAT & PETROLEUM CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 88–1332.   GEKAS, TRUSTEE OF MET-L-WOOD CORP. v. PIPIN ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 88–1333.   ROBINSON v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 88–1335.   GETTY PETROLEUM CORP. v. BARTCO PETROLEUM CORP. ET AL.   C. A. 2d Cir.   Certiorari denied.